# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>$16,836.00 IN UNITED STATES CURRENCY,<br><br>                Defendant. | 8:14CV323<br><br>DEFAULT JUDGMENT |

This matter is before the Court on the Plaintiff's Motion for Default Judgment and Decree of Forfeiture (Filing No. 27) against the Defendant, $16,836.00 in United States Currency; Adam J. Janson; and any other unknown individuals. For the reasons stated below, the Motion will be granted.

Plaintiff filed a Complaint for Forfeiture *In Rem* on October 23, 2014. (Filing No. 1.) A Warrant for Arrest *In Rem* was issued by this Court and was properly served on the Defendant property by the U.S. Marshal's Service. (Filing No. 7.) Publication of the notice of this action and of the arrest of the Defendant property was duly made pursuant to this Court's Order dated October 30, 2014. (Filing No. 6.) Plaintiff filed a Declaration of Publication on June 29, 2015. (Filing No. 16.)

On November 17, 2014, the U.S. Marshal's Service served Adam J. Janson with the Complaint for Forfeiture *In Rem*, the Notice of Complaint for Forfeiture, and the Warrant for Arrest *In Rem* by handing copies of the same to Mr. Janson at his residence, 1013 Drexel Avenue, Drexel Hill, Pennsylvania, 19026. (Filing No. 9.)

A Clerk's Entry of Default was entered against Adam J. Janson on October 26, 2015. (Filing No. 26.) No other person or entity entitled to the Defendant property has

filed a Claim or an Answer in response to Plaintiff's Complaint for Forfeiture *In Rem* within the time fixed by law. Accordingly, the Plaintiff's Motion for Default Judgment and Decree of Forfeiture will be granted.

IT IS ORDERED:

1. The Plaintiff's Motion for Default Judgment and Decree of Forfeiture (Filing No. 27) is granted;

2. All right, title and interest in or to the Defendant currency held by any person or entity is hereby forever barred and foreclosed;

3. The Defendant currency shall be and the same hereby is forfeited to the United States of America; and

4. The Defendant currency shall be disposed of by the United States of America in accordance with law.

Dated this 1st day of December, 2015

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge